GABROY LAW OFFICES
Christian Gabroy (#8805)
Justin A. Shiroff (#12869)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
jshiroff@gabroy.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| JAMES TOMCIK;<br><br>        Plaintiff,<br>vs.<br><br>KASEYA DEVELOPMENT, LLC; KASEYA US SALES, LLC; KASEYA MANAGEMENT, LLC; KASEYA US LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>        Defendant. | Case No: 2:19-cv-01761-KJD-EJY<br><br>~~STIPULATION AND~~ **ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 7)**<br><br>**(FIRST REQUEST)** |
|---|---|

**STIPULATION AND ORDER TO EXTEND TIME**
**TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (ECF NO. 7)**

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff James Tomcik ("Plaintiff") and Defendants Kaseya Development, LLC, Kaseya US, LLC and Kaseya Management LLC (collectively "Defendants") as follows:

**WHEREAS**, on or about September 11, 2019, Plaintiff filed in the Eighth Judicial District Court a Complaint (the "Complaint"), which was assigned Case No. A-19-801739-C (the "Lawsuit");

**WHEREAS**, on or about September 18, 2019, Plaintiff served the Defendants with the Complaint;

**WHEREAS**, on or about October 9, 2019, Defendants filed a Notice of Removal with the United States District Court, District of Nevada (ECF No. 1);

**WHEREAS**, Defendants filed its Motion to Dismiss (ECF No. 7) on or about October 21, 2019;

**WHEREAS**, Plaintiff's response to the Motion to Dismiss is currently due by November 4, 2019;

**WHEREAS**, due to scheduling conflicts and Plaintiff's counsel being out of the jurisdiction, the Parties agree to an additional fourteen (14) day extension through November 18, 2019, for Plaintiff to respond to the Motion to Dismiss; and,

///
///
///
///
///
///
///

**GABROY LAW OFFICES**
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

**WHEREAS**, this is the first request for an extension regarding the filing of Plaintiff's response to Defendants' Motion to Dismiss, which is made in good faith, not for purposes of delay, and neither party is prejudiced by this extension.

| | |
|---|---|
| Dated: October 31st, 2019 | Dated: October 31st, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| By */s/ Christian Gabroy, Esq.* <br> Christian Gabroy, Esq. <br> Justin A. Shiroff, Esq. <br> The District at Green Valley Ranch <br> 170 South Green Valley Parkway, Suite 280 <br> Henderson, Nevada 89012 <br> Fax:(702) 259-7704 <br><br> *Attorneys for Plaintiff* | By /s/_____ <br> Nicholas J. Santoro, Esq. <br> Jason Smith, Esq. <br> SANTORO WHITMIRE <br> 10100 W. Charleston Blvd. <br> Suite250 <br> Las Vegas, NV 89135 <br> Tel: (702) 948-8771 <br> Fax: (702) 948-8773 <br> Email: nsantoro@santoronevada.com <br>         jsmith@santoronevada.com <br> Steven D. Hurd, Esq. (*pro hac vice* forthcoming) <br> PROSKAUER ROSE LLP <br> Eleven Times Square <br> New York, New York 10036-8299 <br> Tel: (212) 969-3000 <br> Fax: (212) 969-2900 <br> Email: shurd@proskauer.com <br> Margaret F. Swetman, Esq. (*pro hac vice* forthcoming) <br> Rachel T. Gulotta, Esq. (*pro hac vice* forthcoming) <br> PROSKAUER ROSE LLP <br> 650 Poydras Street <br> Suite 1800 <br> New Orleans, LA 70130 <br> Tel: (504) 310-4088 <br> Fax: (504) 310-2022 <br> Email: mswetman@proskauer.com <br>         rgulotta@proskauer.com <br> *Attorneys for Defendants Kaseya Development, LLC, Kaseya Management, LLC and Kaseya US LLC* |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: November 5, 2019